## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## DELTA DIVISION

**CAROLE MURPHEY, ET AL.**                                           **PLAINTIFFS**

**v.**                                                   **No. 2:10cv227-WAP-DAS**

**PELLA WINDOWS AND DOORS, INC.,**
*a corporation*, **ET AL.**                                          **DEFENDANTS**

### ORDER

The defendants, Pella Windows and Doors, Inc., *a corporation*; J.F. Day, Inc., *a corporation*; and Kevin Connor filed a notice of removal (# 1) herein on December 29, 2010, along with a copy of the summons (# 2) served upon Pella Windows and Doors, Inc., and a copy of the complaint (# 3). On December 30, 2010, the clerk's office notified the defendants that L. U. Civ. R. 5(b) required that an entire copy of the state court record be filed within fourteen days of removal. It has been over a month since removal of this case, and the defendants have yet to comply with Rule 5(b). Additionally, the court notes that there is no response to the complaint on file. Because it is impossible for the court to assess whether this case should remain in federal court without a complete copy of the state court record,

**IT IS ORDERED**:

That on or before March 4, 2011, the defendants and their counsel shall file a copy of the entire state court record or risk the imposition of sanctions.

This 23rd day of February, 2011.

/s/ David A. Sanders
U. S. Magistrate Judge