**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**CAROLE MURPHEY AND SMITH MURPHEY**          **PLAINTIFFS**

**V.**          **NO. 2:10cv227-NBB-JMV**

**PELLA WINDOWS AND DOORS, INC.
a corporation, ET AL.**          **DEFENDANTS**

**ORDER**

Consistent with the court's oral ruling issued today, defendants' motion (# 44) for an order compelling the plaintiffs to allow access to their home for the purpose of inspecting the products at issue in this case is hereby **GRANTED**. Defense counsel shall schedule the inspection at a time agreed upon by the parties, but in any event not later than November 30, 2011. Additionally, said expert inspection will be limited to a maximum of four hours.

**IT IS FURTHER ORDERED** that the deadline for defendants to designate experts is extended until November 30, 2011. All other scheduling order deadlines will remain the same.

**SO ORDERED** this 1st day of November, 2011.

                                             **/s/ Jane M. Virden**
                                             **U. S. MAGISTRATE JUDGE**